534

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* JERRY HAIRSTON, a/k/a JAMES HESTER, Defendant-Appellant.

(Nos. 58543, 58544 cons.;

First District (2nd Division)—February 5, 1974.

PER CURIAM.

STAMOS, J., took no part.

James J. Doherty, Public Defender, for appellant, withdrawn.

Bernard Carey, State's Attorney, of Chicago (Kenneth L. Gillis, Assistant State's Attorney, of counsel), for the People.

THE PEOPLE OF THE STATE OF ILLINOIS (THE CITY OF CHICAGO), Plaintiff-Appellee, *v.* JOSEPH BROWNLEE, Defendant-Appellant.

(No. 58585;

First District (2nd Division)—February 5, 1974.